CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WARREN(S) Riley      HS9761
**Full Name of Plaintiff**     **Inmate Number**

v.

Civil No. _____
(to be filled in by the Clerk's Office)

DR PAZ
**Name of Defendant 1**

(✓) Demand for Jury Trial
(__) No Jury Trial Demand

DR John LISIAK
**Name of Defendant 2**

SECRECY WATCH EVERY THING

Richard Practitioner
**Name of Defendant 3**

FILED
SCRANTON
JUN 29 2020
PER _____
DEPUTY CLERK

Practitic Gustirts
**Name of Defendant 4**

grievance Mahoney
Camp H grievance

John Wesztel
**Name of Defendant 5**

Nurse Barbar
Joe Ross

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

I.   NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

__✓__   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

_____   Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

_____   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WARREN Riley #SQ761 :
**Full Name of Plaintiff**    **Inmate Number** :
: **Civil No.** _____
v. : (to be filled in by the Clerk's Office)
:
Dr John Lisiak :
**Name of Defendant 1** : (✓) Demand for Jury Trial
: (__) No Jury Trial Demand
:
Practitiner Richard :
**Name of Defendant 2** :
:
Practitiner guiratti s :
**Name of Defendant 3** :
:
DR DIAZ / John Wesztel :
**Name of Defendant 4** CAMPHill grevance (7)
:
John Kerestes / mahoney grievance (8)
**Name of Defendant 5**  secretary (9)
(Print the names of all defendants. If the names of all :
defendants do not fit in this space, you may attach :
additional pages. Do not include addresses in this :
section). :

I.   **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

  ✓    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

  ___  Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

  ___  Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Page 1 of 6

II. ADDRESSES AND INFORMATION

A. PLAINTIFF

Name (Last, First, MI)
Riley Warren John c.

Inmate Number
HS 9761

Place of Confinement
Phoenix

Address
1200 Mokychic Drive

City, County, State, Zip Code  Collegeville, PA 19426

Indicate whether you are a prisoner or other confined person as follows:
___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
✓ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1: John Lisiak Esq & all

Name (Last, First)
Please look for name on cases

Current Job Title
3:12 CV 1818 all the

Current Work Address
names will be there.

City, County, State, Zip Code

Page **2** of **6**

**Defendant 2:**

Name (Last, First): I know it's 2 last name not sure who they go to → Rello Rome

Current Job Title: Practitner - Richard -

Current Work Address: Practitner - Richard

City, County, State, Zip Code: Mahanoy Prison or Frackvillion Lower Hightlens

**Defendant 3:**

Name (Last, First): Dr. Diaz

Current Job Title: Dor - Frackvillion @ Mahanay prison ③ Lower Hightleis.

Current Work Address:

City, County, State, Zip Code:

**Defendant 4:**

Name (Last, First):

Current Job Title: Nurse Barbar Joe & Her Boss

Current Work Address:

City, County, State, Zip Code:

**Defendant 5:**

Name (Last, First): John Wesztel

Current Job Title: Camp Hill - grevance

Current Work Address: Secaretrect of correction

City, County, State, Zip Code: & John Kesertee Warden

Page 3 of 6

**Defendant 2:**

Name (Last, First): John Wesztel - Camphill

Current Job Title: Secertery correct

Current Work Address: I Believe - Head distrist

City, County, State, Zip Code: of Harrisburg OR Camphill

**Defendant 3:**

Name (Last, First): Secertery All of them

Current Job Title: in Mahanay prison camer for RHU & 11 Next

Current Work Address: To Hoofpa Para

City, County, State, Zip Code:

**Defendant 4:**

Name (Last, First): Please ask mr John Werzter Lisiak - John ESQ & All

Current Job Title: 2 Dr - Practhers 2

Current Work Address: Mahanay - or - Frackville

City, County, State, Zip Code:

**Defendant 5:**

Name (Last, First): John Kesterzee. Ask John Wesztel pleaz

Current Job Title:

Current Work Address:

City, County, State, Zip Code:

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

I'm stating these people are total ~~agest~~ against me

Nurse Barbar Joe took HIV(test) she(state) you crazy it nothing wrong – get back on you (Azy) [med update]

Now I have (this) to which I just small-to-a away finally find out after all these year cancer – call Keith stone marcy medical center for update/info. I out of my HB/B pills – Arson if some body have (thing) so this – color what I have yellow skin pen's color of my X body friend what does it mean

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

My brain now black(in)out causing me to black out fall 2 times / have to (mind) seat down or will piss out (no) want or need for food (pain in my body) off & on & organs

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

999 zillion – deliberance indifferent
998 zillion – negligence
997 zillion – mal-practitner

single compassite 9

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

    A. Describe where and when the events giving rise to your claim(s) arose.

I started by asking (for) Help medically I seen Dr John Lisiak & practitioner, I stated I even have HIV or cancer. (these) people gave me Zantac

    B. On what date did the events giving rise to your claim(s) occur? It's going to Help (w) Pain.

MARCH - 12 - TO 16 - 03 / I wrote the plantiff is stating that - No Mr Riley we going to give you a blood test to which I told them this bleeding & pain no more

    C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

Plum size of bloody stating clots will ever be done on you again this happn After I ask So you going to (wed) H) me Rat Away they Both Said Yes with Down Smile

I had my Regoustslip stating that I was feeling Pains No Name for it in my Brain & Body whole & organs all at one. Pain in whose

He meaning Doctor John Lisiak stating His statin Last we think you have person we giving to give you something for PAIN - (it) Zantac - Richard - practitn - before dr John (ish) came in stated He thought but declines when his boss came in stated cancer, but both of them agreed on Zantac. Update Blood IN Stool 2 Lately Not in Pee.

III.    STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

UPDATE: I Finally Find out years Later I HAve HAd ANAL cancer - DR. B - ArsoN I might

A.    Describe where and when the events giving rise to your claim(s) arose.

DR JOHN Lisiak (Richard practitioner) I STATE I think I HAVE HIV or cancer - They SAid MR Reilly I think you Have ArsoN we going to give you ZANTAC For the PAIN.

B.    On what date did the events giving rise to your claim(s) occur?

This is A New CASE to which I'm coming to court to prove to which I just Find out I WAs Right - medically - to which I felt — I StArt 10B - 2015 - close 2016 NEW York NOW

C.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

As those years pAst I been getting Sicker - I have Been Having dizziny spell Not being Able to Stand going ForA From DisBAlncE Having to take A seat. Keystone INForm ME I HAVE A A small case of ANAl cancer —

(HBB) I HAvo Also Expering
& Arson

I'm Also trying to get to the Bottom of the Fact what does I meAN when (A) mAN PENis is yellow

2017 - Equal Til June But I place IN A NEw StAte mENt to which I RECENtly Find out WhAT I Thoug ht WAS TRUE

**Envelope 1:**

Smart Communications/PADOC
SCI- PHOENIX
Name: WARREN (J) RILEY
Number: HS9761
PO Box 33028
St Petersburg FL 33733

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

US POSTAGE $000.50
ZIP 19426
041M12252211

1200 Morychic Drive

**Envelope 2:**

Smart Communications/PADOC
SCI- PHOENIX
Name: WARREN RILEY
Number: HS9761
PO Box 33028

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

neopost 06/22/2020
US POSTAGE $000.50
ZIP 19426
041M12252211

William J Nealon
7.00

**Envelope 3:**

Smart Communications/PADOC
SCI- PHOENIX
Name: WARREN RILEY
Number: HS9761
PO Box 33028
St Petersburg FL 33733

1200 Morychic Drive
Collegeville, PA 19426

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

neopost 06/22/2020
US POSTAGE $000.50
ZIP 19426
041M12252211

William (J) Nealon
Federal Bldg & US Courthouse
235 N. Washington Ave
PO Box 1148
Scranton, PA - 18501-1148

RECEIVED
SCRANTON
JUN 29 2020
Per _____ DEPUTY CLERK